IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WALTER BLANCK,

                                                                                                                ORDER

                             Plaintiff,

                                                                                                            09-cv-354-bbc

     v.

MIL. FBI,

                             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Walter Blanck, a prisoner at the Green Bay Correctional Institution in Green Bay, Wisconsin, has submitted a pleading styled as a civil complaint. I can construe the complaint to include a request for leave to proceed in forma pauperis because plaintiff has not paid the $350 fee for filing his complaint. However, he has not signed his complaint as required by Fed. R. Civ. P. 11. In addition, plaintiff has not submitted a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2). If plaintiff wishes to continue with this lawsuit, he will have to submit a copy of his six-month trust fund account statement and he will have to file a signed copy of the complaint filed in this case.

      Plaintiff's complaint was submitted to the court on June 1, 2009. His trust fund

1

account statement should cover the six-month period beginning approximately December 1, 2008 and ending approximately June 1, 2009. Once plaintiff has submitted the necessary statement and complaint bearing his signature, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff may have until June 26, 2009, in which to file a signed copy of the complaint in this case, and a certified copy of his trust fund account statement for the period beginning December 1, 2008 and ending June 1, 2009. If, by June 26, 2009, plaintiff fails to submit a signed complaint and the necessary trust fund account statement, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 5th day of June, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2