IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER BLANCK,

    Plaintiff,

v.

MIL. FBI,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-354-bbc

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Mil. FBI dismissing this case.

_____
Peter Oppeneer, Clerk of Court

JUL - 8 2009
Date