IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WALTER BLANCK,

                                                  ORDER

                Plaintiff,

                                                09-cv-354-bbc

     v.

MIL. FBI,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       On June 2, 2009, plaintiff Walter Blanck, a prisoner at the Green Bay Correctional Institution, filed a proposed civil complaint under the Freedom of Information Act. Plaintiff sought Federal Bureau of Investigation documents that allegedly detailed the names and dosages of chemicals administered to him in cups of coffee by the FBI starting in May 1975 that chemically "opened and developed" him into "FBI virtual slavery." On July 1, 2009, I dismissed plaintiff's complaint because his allegations were legally frivolous as well as barred by the doctrine of claim preclusion.

       Now plaintiff has filed a motion for reconsideration of that decision as well as several submissions supplementing his motion. Also, plaintiff requests appointment of counsel. However, plaintiff does not provide any new information or argument suggesting I was

1

incorrect in concluding that the doctrine of claim preclusion bars his FOIA claim. Because the District Court for the Eastern District of Wisconsin previously considered plaintiff's claim in case no. 07-cv-276-la and granted summary judgment to defendant, I cannot consider his claim. Accordingly, I will deny his motions for reconsideration and for appointment of counsel.

There is a final issue. Although plaintiff's numerous submissions are somewhat difficult to understand, it appears he alleges that prison officials are ordering him to send out his legal files and are tampering with or restricting his meals. Any access to the courts or deliberate indifference claim plaintiff wishes to file cannot be considered part of this lawsuit and must be filed in a new action.

## ORDER

IT IS ORDERED that:

1. Plaintiff Walter Blanck's motion for reconsideration, dkt. #14, is DENIED.

2. Plaintiff's motion for appointment of counsel, dkt. #14, is DENIED.

Entered this 6th day of August, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

3